UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Melissa B., | File No. 20-cv-2115 (ECT/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Kilolo Kijakazi, *Acting Commissioner of Social Security*, | |
| Defendant. | |

---

Magistrate Judge Hildy Bowbeer issued a Report and Recommendation on January 27, 2022.  ECF No. 33.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 33] is **ACCEPTED**.

2. Plaintiff's Motion for Summary Judgment [ECF No. 26] is **DENIED**.

3. Defendant's Motion for Summary Judgment [ECF No. 31] is **GRANTED**.

4. The decision of the Commissioner of Social Security is **AFFIRMED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 14, 2022                    s/ Eric C. Tostrud
                                             _____
                                             Eric C. Tostrud
                                             United States District Court